No. 25-2125

# United States Court of Appeals for the Seventh Circuit

---

TEVA PHARMACEUTICALS USA, INC.,

*Plaintiff-Appellant*,

v.

ELI LILLY AND COMPANY,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Southern District of Indiana
No. 1:24-cv-02008-MPB-TAB (Hon. Matthew P. Brookman)

---

**DEFENDANT-APPELLEE ELI LILLY AND COMPANY'S
RESPONSE TO PLAINTIFF-APPELLANT'S MOTION
TO FILE PROVISIONALLY UNDER SEAL**

---

| | |
|---|---|
| Michelle L. Ernst | Melissa Arbus Sherry |
| LATHAM & WATKINS LLP | Michael A. Morin |
| 1271 Avenue of the Americas | Alexander G. Siemers |
| New York, NY 10020 | Kelly Anne Welsh |
| (212) 906-1200 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW |
| Marc N. Zubick | Suite 1000 |
| LATHAM & WATKINS LLP | Washington, DC 20004 |
| 330 North Wabash Avenue | (202) 637-2200 |
| Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |

September 22, 2025

*Counsel for Defendant-Appellee Eli Lilly and Company*

Pursuant to this Court's Order issued on September 11, 2025, ECF No. 26, Defendant-Appellant Eli Lilly and Company (Lilly) submits this response to Plaintiff-Appellant Teva Pharmaceuticals, USA, Inc.'s (Teva) motion to file provisionally under seal, ECF No. 25-1.

Lilly does not object to Teva's brief and appendices being filed in the public record.

| | |
|---|---|
| Dated: September 22, 2025 | Respectfully submitted, |
| | */s/ Melissa Arbus Sherry* |
| Michelle L. Ernst | Melissa Arbus Sherry |
| LATHAM & WATKINS LLP | Michael A. Morin |
| 1271 Avenue of the Americas | Alexander G. Siemers |
| New York, NY 10020 | Kelly Anne Welsh |
| (212) 906-1200 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW |
| Marc N. Zubick | Suite 1000 |
| LATHAM & WATKINS LLP | Washington, DC 20004 |
| 330 North Wabash Avenue | (202) 637-2200 |
| Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |

*Counsel for Defendant-Appellee Eli Lilly and Company*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Defendant-Appellee Eli Lilly and Company's Response to Plaintiff-Appellant's Motion To File Provisionally Under Seal complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 53 words.

I further certify that this foregoing document complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1), Federal Rule of Appellate Procedure 32(a)(5), and Seventh Circuit Rule 32(b), and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using a proportionally spaced 12-point font.

Dated:  September 22, 2025                 /s/ *Melissa Arbus Sherry*
                                           Melissa Arbus Sherry

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I caused Defendant-Appellee Eli Lilly and Company's Response to Plaintiff-Appellant's Motion To File Provisionally Under Seal to be served by electronic means through the Court's CM/ECF system on counsel for all parties who are registered CM/ECF users.

Dated:  September 22, 2025                     /s/ *Melissa Arbus Sherry*
                                               Melissa Arbus Sherry